**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Leonard Ray Neil Jr.　　　　　　　　BK NO. 17-01324 HWV
　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz
　　　　　　　　　　　　　　　Rebecca Solarz
　　　　　　　　　　　　　　　29 Oct 2020, 19:54:01, EDT

　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　215-627-1322