**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Leonard Ray Neil, Jr.<br>**Debtor 1**<br><br>Leonard Ray Neil, Jr.<br>**Movant(s)**<br>v.<br>Freedom Mortgage Corporation<br>**Respondent(s)**<br>Charles J. DeHart, III, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent(s)** | **Chapter** 13<br><br>**Case No.** 1:17-BK-01324-HWV<br><br>**Matter:** Objection to Certificate of Default |

### DEBTOR(S)' OBJECTION TO CERTIFICATE OF DEFAULT

AND NOW, comes the Debtor(s), by and through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MRUPHY, who file the instant Objection to Certification of Default, and in support thereof avers that Debtor(s) are current with all post-Stipulation mortgage payments and stands ready to amend their Chapter 13 Plan to include stipulated arrears to be cured.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: March 8, 2021

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*