United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 17-01324-HWV
Leonard Ray Neil, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Mar 16, 2021  Form ID: pdf010  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
|  | Robert G. Brewton, Inc., Attn: Payroll Administrator, 1 Park Drive, Lawrence, PA 15055 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Leonard Ray Neil Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Robert Joseph Davidow | on behalf of Creditor Freedom Mortgage Corporation r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

William E. Craig
          on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Leonard Ray Neil, Jr.

**Debtor(s)**

**Chapter** 13

**Case No.** 1:17-BK-01324-RNO

**Matter:** Motion to Amend Authorized Wage Attachment

## ORDER

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Second Amended Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS HEREBY ORDERED that until further Order of this Court, the entity from who the Debtor, Leonard Ray Neil, Jr., receives income from:

Robert G. Brewton, Inc.
Attn: Payroll Administrator
1 Park Drive
Lawrence, PA 15055

Should deduct from said Debtor's income the sum of **$420.92** from each **bi-weekly** paycheck, or such other sums as Debtor(s) may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor(s) receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor, Leonard Ray Neil, Jr., and to remit the deductible sums to:

Charles J. DeHart, III, Esquire
Standing Chapter 13 Trustee
PO Box 7005
Lancaster, PA 17604

IT IS FURTHER ORDERED that the entity from whom the Debtor, Leonard Ray Neil, Jr., receives income shall notify the Trustee if said Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, Leonard Ray Neil, Jr., except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

Dated: March 16, 2021

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (CD)