# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

LEONARD RAY NEIL, JR.

**Debtor(s)**

LEONARD RAY NEIL, JR.

**Plaintiff(s)/Movant(s)**

vs.

FREEDOM MORTGAGE CORPORATION

CHARLES J. DEHART, III, ESQUIRE
STANDING CHAPTER 13 TRUSTEE

**Defendant(s)/Respondent(s)**

CHAPTER: 13

CASE NO. 1-17-bk-01324-HWV

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Objection to Certificate of Default

Document #: _____

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Debtor(s) and Freedom Mortgage Corporation are in the process of settling the matter.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 03/24/2021

/s/ Paul D. Murphy-Ahles

Attorney for: Debtor(s)

Name: Paul D. Murphy-Ahles

Phone Number: (717) 975-9446

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.