United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Leonard Ray Neil, Jr.  
    Debtor

Case No. 17-01324-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Aug 12, 2021      Form ID: ordsmiss      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leonard Ray Neil, Jr., 39 Noble Drive, Shippensburg, PA 17257-8861 |
| 4904294 | + | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 4904295 | + | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5180091 | + | Freedom Mortgage Corporation, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 4904297 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5419086 | + | Nuvell Credit Company, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4904299 | + | Phelan Hallinan Diamond & Jones, One Penn Center Plaza, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Aug 12 2021 18:40:00 | Credit Acceptance Corporation, 25505 W TWELVE MILE ROAD, SOUTHFIELD, MI 48037 |
| cr | + | EDI: AISACG.COM | Aug 12 2021 22:48:00 | Nuvell Credit Company, c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4904296 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 12 2021 18:40:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 4904962 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 12 2021 18:40:00 | Credit Acceptance, 25505 W.12 Mile Rd., Suite 3000, Southfield, MI 48034-8331 |
| 4904298 | + | Email/Text: Bankruptcies@nragroup.com | Aug 12 2021 18:40:00 | National Recovery Agency, 2491 Paxon Street, Harrisburg, PA 17111-1036 |
| 4920755 | + | EDI: GMACFS.COM | Aug 12 2021 22:43:00 | Nuvell Credit Company, PO Box 130424, Roseville MN 55113-0004 |
| 4955296 | | EDI: PRA.COM | Aug 12 2021 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4904717 | + | EDI: RECOVERYCORP.COM | Aug 12 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4947339 | + | Email/Text: bankruptcynotices@psecu.com | Aug 12 2021 18:40:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 4904300 | + | Email/Text: bankruptcynotices@psecu.com | Aug 12 2021 18:40:00 | PSECU, 1500 Elmerton Avenue, Harrisburg, PA 17110-9214 |
| 4930509 | | EDI: Q3G.COM | Aug 12 2021 22:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4904301 | + | EDI: RMSC.COM | Aug 12 2021 22:48:00 | Synchrony Bank / Care Credit, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 4929742 | + | EDI: AIS.COM | Aug 12 2021 22:43:00 | Verizon, by American InfoSource LP as agent, |

　　　　　　　　　　　　　　　　　　　　　　　　　　　4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2021　　　　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com  mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Leonard Ray Neil Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Robert Joseph Davidow | on behalf of Creditor Freedom Mortgage Corporation r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Leonard Ray Neil Jr.,                      Chapter      13

**Debtor 1**

                                          Case No.      1:17−bk−01324−HWV

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: August 12, 2021                             By the Court,

*[signature: Henry W. Van Eck]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

ordsmiss (05/18)